**Anita A. THOMPSON, Plaintiff— Appellant,**

v.

**Jo Anne B. BARNHART, Defendant— Appellee.**

No. 08–1340.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2009.

Decided: May 12, 2009.

William Lee Davis, III, Lumberton, North Carolina, for Appellant. George E.B. Holding, United States Attorney, Jay C. Hinsley, Special Assistant United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita A. Thompson appeals the district court's order entering judgment for the Commissioner in this action challenging the denial of disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Barnhart*, No. 7:06–cv–00117–BO (E.D.N.C. Feb. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*